District Judge Jamal N. Whitehead

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MAYNOR ANTONIO RAMIREZ,

Plaintiff,

v.

UR MENDOZA JADDOU, *et al.*,

Defendants.

No. 2:24-cv-550-JNW

STIPULATED MOTION TO HOLD
CASE IN ABEYANCE AND ORDER

Noted for Consideration on:
June 18, 2024

Plaintiff and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until August 23, 2024. Plaintiff brings this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the U.S. Citizenship and Immigration Services ("USCIS") to compel action on his Form I-918, Application for U Nonimmigrant Status, and Form I-765, Application for Employment Authorization. Defendants' deadline to respond to the Complaint is June 24, 2024. For good cause, the parties request that the Court hold this case in abeyance until August 23, 2024.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for

STIPULATED MOTION                     - 1
No. 2:24-cv-550-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

USCIS needs additional time to review this case for possible resolution. USCIS is assessing whether Plaintiff's applications are eligible for expedited adjudication, which would moot this case. Because Plaintiff filed the applications approximately one month prior to commencing this litigation, Plaintiff's applications may not be eligible for expedited adjudication. In that case, the parties will confer about how to proceed with this litigation. Accordingly, the parties respectfully request that the instant action be stayed until August 23, 2024. The parties will submit a joint status report on or before August 23, 2024.

Dated: June 18, 2024

Respectfully submitted,

TESSA M. GORMAN
United States Attorney

 s/Michelle R. Lambert
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone:  253-428-3824
Email: michelle.lambert@usdoj.gov
*Attorneys for Defendants*

***I certify that this memorandum contains 272 words, in compliance with the Local Civil Rules.***

s/Katherine H. Rich
KATHERINE H. RICH, WSBA#46881
Rich Immigration PC
1207 N. 200th Street, Suite 214b
Shoreline, Washington 98133
Phone: 206-853-4073
Email: katherine@richimmigration.com
*Attorney for Plaintiff*

STIPULATED MOTION            - 2
No. 2:24-cv-550-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

### ORDER

The case is held in abeyance until August 23, 2024.  The parties shall submit a joint status report on or before August 23, 2024.  It is so **ORDERED**.

DATED this 20th day of June, 2024.

Jamal N. Whitehead
United States District Judge

STIPULATED MOTION          - 3
No. 2:24-cv-550-JNW

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970